**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JOSEPH MATTHEW DELLORFANO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE COMMONWEALTH OF MASSACHUSETTS,**<br><br>**Defendant.** | **Civil Action No. 26-12869-BEM** |

FINAL ORDER OF DISMISSAL

In accordance with the order dated September 21, 2026, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 9/21/2026

By the Court,

/s/ Barbara Beatty
Deputy Clerk